UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 29 PM 2:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____

'08 MJ 2320

UNITED STATES OF AMERICA )   Magistrate Case No.
                         )
         v.              )   COMPLAINT FOR VIOLATION OF
                         )
EDWARD LORENZO STONE     )   Title 18, United States Code
                         )   Sections 751(a) and 4082
                         )   Escape from Federal Custody
                         )

The undersigned complainant, being duly sworn states:

That on or about April 9, 2008, at San Diego, California, in the Southern District of California, EDWARD LORENZO STONE did unlawfully and willfully escape from an institution and facility in which he was confined by direction of the Attorney General, to wit: FEDERAL CORRECTIONAL INSTITUTION Safford, Arizona, a federally contracted facility, said custody and confinement being by virtue of his conviction for bringing in illegal aliens, in violation of Title 8 United States Code Section 1324, in violation of Title 18 United States Code Sections 751(a) and 4082.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Paul A. Beal
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 29th day of July, 2008.

_____
Honorable Jan M. Adler
United States Magistrate Judge

## STATEMENT OF FACTS

**Southern District of California**
**San Diego, California**

I, Paul A. Beal, being duly sworn, hereby depose and state that:

I am a Deputy United States Marshal and have been so employed for six years.

This affidavit is made in support of a complaint against Edward Lorenzo STONE for escape from the custody of the United States Attorney General, in violation of Title 18, United States Code Sections 751(a) and 4082.

On October 1, 2007, STONE was convicted and sentenced for violating Title 8 United States Code Section 1324, Transportation of Illegal Aliens, Case Number 07-1649-W.

On April 8, 2008 at 7:15 a.m., STONE signed out of Federal Correctional Institution Safford for transfer to Correctional Alternatives at 551 South 35th Avenue San Diego, California 92113. STONE was given a Greyhound bus ticket and informed to report to Correctional Alternatives by 2:05 a.m. on April 9, 2008.

On April 9, 2008 at 6:30 a.m. Community Corrections Manager Wes J. Mayhew notified FCI Safford and the U.S. Marshals Southern District of California that STONE had not reported as ordered and that he is on escape status.

Dated:  July 29, 2008

Paul A. Beal
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me
on this 29th day of July 2008.

Honorable Jan M. Adler
United States Magistrate Judge