SmB
7/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 18 AM 8:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
08 MJ2320
BY: _____ DEPUTY

| UNITED STATES OF AMERICA, | |
|---|---|
| V. | |
| EDWARD LORENZO STONE | Magistrate's Case No. _____ |
| **WARRANT ISSUED ON THE BASIS OF:**<br>__ Failure to Appear    __ Order of Court<br>__ Indictment          __ Information<br>X  Complaint | **WARRANT FOR ARREST** |
| TO:<br><br>ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER. | NAME AND ADDRESS OF PERSON TO BE ARRESTED:<br><br>EDWARD LORENZO STONE |
| DISTRICT OF ARREST: | CITY OF ARREST: |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Escape from Federal Custody

08/06/2008
ARRESTED BY n/w by USMS CA
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
Cesar Martin

RECEIVED
2008 JUL 29 P 4:00
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

| IN VIOLATION OF | UNITED STATES CODE TITLE  18 | SECTIONS 751(a) and 4082 |
|---|---|---|
| BAIL    NO BAIL | OTHER CONDITIONS OF RELEASE | |

ORDERED BY _Jan M. Adler_ _JUDGE_    _[signature]_    DATE ORDERED 7/29/2008
~~CLERK OF COURT~~/U.S. MAGISTRATE BY                       DATE ISSUED

**RETURN**
THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.